IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:08CR3125 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHN FORREST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the plaintiff's motion for extension of time, filing no. 27.

IT IS ORDERED:

The court, being duly advised in the premises, finds that the motion should be granted. The plaintiff is given until December 19, 2008, to file a response to defendant's motion to suppress.

Dated this 12th day of December, 2008.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge