IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No.  4:08CR3125 |
| ) | |
| JOHN FORREST,   ) | |
| ) | |
| Defendant.   ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing no. 32.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion, Affidavit and Subpoenas under seal.

DATED this 8th day of January, 2009.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge