IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3125 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN FORREST, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Magistrate Judge's Recommendation (filing 41) that Defendant's motion to suppress (filing 24) be denied and the objections to the Recommendation (filing 49), filed as allowed by 28 U.S.C. § 636(b)(1)(C).

I have conducted, pursuant to 28 U.S.C. § 636(b)(1), a de novo review of the portions of the Report, Recommendation, and Order to which objections have been made. Inasmuch as Judge Piester has fully, carefully, and correctly applied the law to the facts, I need only state that the Recommendation should be adopted, Defendant's objections to the Recommendation should be denied, and Defendant's motion to suppress should be denied.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 41) is adopted;

2. Defendant's objections to the Recommendation (filing 49) are denied; and

3.  Defendant's motion to suppress ([filing 24](filing 24)) is denied.

February 11, 2009.

                                          BY THE COURT:
                                          s/*Richard G. Kopf*
                                          United States District Judge