IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 4:08CR3125 |
| JOHN FORREST, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue his deadline for filing his sentencing statement (i.e., defendant's position regarding PSR objections and any downward departure/variance motion and brief) until June 9, 2009. Filing 65. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline for filing his sentencing statement shall be extended to June 9, 2009.

Dated this 2nd day of June, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge