IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3125 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN FORREST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the defendant's motion for appointment of counsel (filing no. 131) is denied.

    DATED this 14th day of July, 2016.

                                  BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  Senior United States District Judge