IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3125 |
| v. | ) | |
| JOHN FORREST, | ) | ORDER |
| Defendant. | ) | |

In response to Mr. Forrest's filing no. 137,

IT IS ORDERED that the parties shall comply with filing no. 130, my previous stay order.

DATED this 8th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge