IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3125 |
| v. | ) | |
| | ) | MEMORANDUM |
| JOHN FORREST, | ) | AND ORDER |
| Defendant. | ) | |

I am in receipt of Mr. Forrest's pro se motion for miscellaneous relief (filing no. 139). I appreciate him bringing this to my attention and I apologize for my unwarranted delay in this matter.

I will address this matter with counsel in a telephone conference. After that, I will progress this matter with dispatch. Accordingly,

IT IS ORDERED that:

(1) My chambers shall arrange a telephone conference with counsel of record as soon as possible.

(2) Counsel shall be prepared to (a) discuss Mr. Forrest's miscellaneous motion (filing no. 139); (b) discuss whether Mr. Forrest is entitled to relief under the Supreme Court's decision in *Welch v. United States*, 136 S.Ct. 1257 (2016); and (c) discuss how this matter should be further progressed.

(3) The miscellaneous motion (filing no. 139) is granted in part as provided herein, and otherwise denied.

(3) A copy of this memorandum and order shall be mailed to Mr. Forrest.

DATED this 18th day of September, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge