IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3125 |
| v. | ) | |
| | ) | MEMORANDUM |
| JOHN FORREST, | ) | AND ORDER |
| Defendant. | ) | |

After consultation with counsel and with their agreement,

IT IS ORDERED that:

(1) The defendant through counsel shall file an amended section 2255 motion and brief, and evidence index if desired, no later than Tuesday, October 10, 2017.

(2) The government shall file an answer and brief, and evidence index if desired, no later than Friday, October 27, 2017.

(3) The defendant may file a reply brief no later than Monday, November 13, 2017.

(4) The Clerk of the Court shall mail a copy of this memorandum and order to Mr. Forrest.

DATED this 20th day of September, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge