IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3125 |
| v. | ) | |
| JOHN FORREST, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion for extension of time to file amended motion and brief (filing no. 142) is granted.

(2) The defendant through counsel shall file an amended section 2255 motion and brief, and evidence index if desired, no later than Tuesday, October 24, 2017.

(3) The government shall file an answer and brief, and evidence index if desired, no later than Friday, November 10, 2017.

(4) The defendant may file a reply brief no later than Monday, November 27, 2017.

(5) The Clerk of the Court shall mail a copy of this memorandum and order to Mr. Forrest.

DATED this 11th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge