IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3125 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN FORREST, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against John Forrest dismissing his second § 2255 action with prejudice. A certificate of appealability has been granted and Forrest may appeal in forma pauperis if he so desires.

DATED this 6th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge